GARDINIER, Appellant, v. BULGER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Wilson H. Gardinier against Charles N. Bulger, Amos Allport, and Hiram Eldred. No

opinion. Motion denied, with $10 costs, and stay granted until the costs are paid. Order settled and filed with the clerk. See 43 N. Y. Supp. 1154.